## NOTIFICATION OF LATE RECORD

**FILED IN**
**4th COURT OF APPEALS**
**SAN ANTONIO, TX**
*November 9, 2015*
**KEITH E. HOTTLE**
**CLERK OF THE COURT**

Court of Appeals No. if known: OY-15-00657-CV

Trial Court Style: DTND Sierra Investment, LLC v HSBC

Trial Court No. 2015-CI-00165

I am the official responsible for preparing the clerk's record reporter's record (circle one) in the above-referenced appeal. The approximate date of trial was:

_____

The record was originally due: 11-2-15

I anticipate the length of the record to be: 35 pp.

I am unable to file the record by the date such record is due because (check one)

X the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

Email to Mr Trenz attached. I also called
____ my other duties or activities preclude working on the record and include the    office
following (attach addition pages if needed)    9-24-15,
too.

I anticipate the record will be completed by 2 weeks after payment req rec'd.
I, as the undersigned court official, certify that a copy of the Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.
Date: 11-5-15

Signature: Tracy Plummer Title: Court Reporter

Acknowledgment (To be completed by Notary or Court Clerk)

STATE OF TEXAS
COUNTY OF Bexar

Before me, the undersigned authority on this day personally appeared
Tracy Plummer known to me to be the person who names is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: 11-6-15          Signature: Mary Velasquez

Printed Name: Mary Velasquez

**Plummer, Tracy**

04-15-00657-CV

| | |
|---|---|
| **From:** | Plummer, Tracy |
| **Sent:** | Thursday, September 24, 2015 2:56 PM |
| **To:** | 'aggie@helpingtexas.com' |
| **Subject:** | Appeal |

Mr. Trenz –

I received a Notice of Appeal in Cause No. 2015-CI-00165 from the Clerk's office.   If you are in need of the record from 9/3/15, it will be approximately $200.00.   Please forward me payment to below address, or drop by, if you need a transcript in the matter.

Tracy Plummer
Certified Shorthand Reporter, 407th Court
Bexar County Courthouse
210-335-2895